**Clyde E.L. MANSFIELD, Appellant,**

v.

**Marty C. ANDERSON, Appellee.**

**No. 08–2141.**

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 10, 2009.

Filed: Nov. 16, 2009.

Clyde E.L. Mansfield, White Deer, PA, pro se.

Cynthia J. Hyde, Asst. U.S. Atty., Springfield, MO (Matt J. Whitworth, Acting U.S. Atty., Kansas City, MO, on the brief), for appellee.

Before WOLLMAN, RILEY, and SMITH, Circuit Judges.

PER CURIAM.

Federal inmate Clyde Mansfield appeals the district court's [1] dismissal without prejudice of his petition for a writ of habeas corpus filed under 28 U.S.C. § 2241. Upon de novo review, *see Mitchell v. U.S.*

---

1. The Honorable Richard E. Dorr, United States District Judge for the Western District of Missouri, adopting the report and recommendations of the Honorable James C. England, United States Magistrate Judge for the Western District of Missouri.

*Parole Comm'n,* 538 F.3d 948, 951 (8th Cir.2008) (per curiam), we agree with the district court that dismissal was proper. Accordingly, we affirm. *See* 8th Cir. R. 47B.